IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRUCE COPELAND,** | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:16-CV-726-L** |
| | § | |
| **MICHAEL W. MINTON, Individually,** | § | |
| **And THE LAW OFFICES OF** | § | |
| **MICHAEL W. MINTON,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendants' Amended Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction, Alternative Rule 12(b)(6) Motion to Dismiss for Failing to State Claims on which Relief May Be Granted, and Rule 11(c) Motion for Sanctions (Doc. 13), filed July 12, 2016.  On December 29, 2016, United States Magistrate Judge Irma Carrillo Ramirez entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that Plaintiff be given an opportunity to amend his complaint within the time that is allowed for objections to the Report, or a deadline otherwise set by the court.  The Report further recommended that, if the court grants the motion to dismiss and Plaintiff does not file an amended complaint or objections within the 14-day timeframe for filing objections, the court should dismiss the action without prejudice.  The deadline for filing objections to the Report expired on January 12, 2017, and Plaintiff, despite being put on notice, has not amended his complaint or filed any objections to the Report.

**Order – Page 1**

Having reviewed the motion, record in this case, applicable law, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction; **denies as moot** Plaintiff's Alternative Rule 12(b)(6) Motion to Dismiss for Failing to State Claims on which Relief May Be Granted; **denies** Defendants' Rule 11(c) Motion for Sanctions; and **dismisses** this action **without prejudice**.

**It is so ordered** this 23rd day of January, 2017.

Sam A. Lindsay
United States District Judge